UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SUE BELL, | * CIVIL ACTION NO. |
| Plaintiff, | * |
| VERSUS | * JUDGE |
| HERCULES LIFTBOAT COMPANY, L.L.C. | * |
| Defendant. | * MAGISTRATE |

**************************************************

### NOTICE FOR REMOVAL

TO: The Honorable Judges of the United States District Court for the Middle District of Louisiana.

NOW INTO COURT, through undersigned counsel, comes defendant, Hercules Liftboat Company, L.L.C. ("Hercules"), and removes from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana, the following described and captioned lawsuit, and respectfully shows that:

1.

Petitioner for removal is a defendant in a civil action pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, entitled and captioned: *Sue Bell v. Hercules Liftboat Company, L.L.C.* Copies of the Citation and Petition for Damages are attached and based upon undersigned counsel's knowledge and belief, constitute all process, pleadings, and orders served upon petitioner for removal/defendant, or filed in the state court action.

2.

The above-described lawsuit was commenced and filed on April 25, 2011. Hercules Liftboat Company, L.L.C. was served on May 4, 2011.

3.

## DIVERSITY OF CITIZENSHIP

Plaintiff's state court action is removable to this Honorable Court pursuant to 28 U.S.C. § 1332(a) (2009) (diversity of citizenship), as the alleged amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the controversy is wholly between citizens of different states. Consequently, pursuant to 28 U.S.C. § 1441(a) (2009), this case may be removed to this Honorable Court for the following reasons:

A. At the time of the filing of this Notice of Removal, plaintiff is a citizen of the State of Louisiana according to the original Petition.

B. Defendant, Hercules Liftboat Company, L.L.C., is a Delaware limited liability company and has its principal place of business in the State of Texas. The sole member of the limited liability company is HERO Holdings, Inc., a Deleware corporation with its principal place of business in Houston, Texas.

C. This action involves a claim in which plaintiff's damages allegedly exceed $75,000. Plaintiff's own admission is that her loss of income is at least $100,000 (¶ 57 of the petition alleges that plaintiff "has suffered loss of ... a six figure yearly income ... The Petition states no total monetary demand, but instead seeks damages in connection with allegations of wrongful termination on the basis of Plaintiff's alleged disability and/or being regarded as disabled. See Petition ¶¶ 60-61. The Petition further alleges that plaintiff is entitled to recovery

from defendant pursuant to La. Civ. Code art. 2315 for harassment and intentional infliction of emotional distress arising from the alleged harassment and termination. Id. at ¶ 63. The Petition additionally asserts a claim for wages, bonuses and penalties under Louisiana's Wage Payment Statute, La. R.S. 23:631 et seq. Id. at ¶ 67. The Petition alleges that plaintiff's damages include: 1) lost back and front pay, all other lost employment benefits and stock vesting and award options; 2) emotional and mental distress, pain and suffering, humiliation, embarrassment, and loss of employment opportunity; 3) medical and pharmaceutical bills and services past, present and future; 4) all litigation expenses; 5) attorneys fees and; 6) other such relief that the Court may deem just, equitable or proper. Id. at Prayer for Relief. The Petition also requests a jury, which confirms the plaintiff's claimed damages exceed $50,000. Id. at ¶ 68. Thus, the damages alleged by plaintiff in this matter could well exceed $75,000, exclusive of interest and costs.

4.

Because complete diversity exists between plaintiff and Hercules Liftboat Company, L.L.C. and the amount in controversy exceeds the jurisdictional amount required by 28 U.S.C. § 1332, this Honorable Court is vested with subject matter jurisdiction over this matter.

5.

**FEDERAL QUESTION JURISDICTION**

Plaintiff's state court action is also removable to this Honorable Court pursuant to 28 U.S.C. § 1331 (2009) (federal question jurisdiction), in that the action arises under the Constitution and the Laws of the United States. Consequently, pursuant to 28 U.S.C. § 1441(a) (2009), this case may be removed to this Honorable Court for the following reasons:

A.  Plaintiff's petition alleges general claims for disability discrimination. While Plaintiff specifically cites state court statutes (Petition ¶¶ 60-61), Plaintiff does not preclude seeking recovery under federal law. Accordingly, this court has federal question jurisdiction pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101.

B.  Plaintiff asserts a specific claim for retaliation for reporting disability discrimination (Petition ¶ 64). However, Louisiana anti-discrimination statutes, La. R.S. 23:303 *et seq.* and La. R.S. 23:323 *et seq.*, do not provide relief for retaliation. Plaintiff's retaliation claim is based entirely on the Americans with Disabilities Act, 42 U.S.C. § 12203.

C.  Further evidence of Plaintiff's reliance on the Americans with Disabilities Act is the attached notice of charge of discrimination filed by her with the United States Equal Employment Opportunity Commission on April 22, 2011, three days before Plaintiff filed the state court lawsuit. The notice of charge confirms that Plaintiff has filed a claim of disability discrimination against Hercules Liftboat, LLC.[1]

6.

Less than thirty days have elapsed since receipt by defendant Hercules Liftboat Company, L.L.C. of plaintiff's original Petition filed in the state court action. Therefore, pursuant to 28 U.S.C. § 1446, this action has been timely removed to this Court based on diversity jurisdiction and federal question jurisdiction.

---

[1] See Exhibit A, Notice of Charge of Discrimination.

4

7.

Upon the filing of this motion, defendant, has, at the same time, given written notice to plaintiff, through her counsel, by furnishing copies of this Notice and attachments. Defendant has filed a notice of this Removal with the state court as well.

WHEREFORE, based upon this Honorable Court's original jurisdiction over diverse citizens and causes of action brought under federal law, petitioner for removal/defendant, respectfully requests that this cause proceed in this Honorable Court, as an action properly removed from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Respectfully submitted,

s/Kyle A. Ferachi
STEPHEN P. BEISER, T.A. (#14074)
McGLINCHEY STAFFORD PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 324-0965
AND
KYLE A. FERACHI (#27458)
McGLINCHEY STAFFORD PLLC
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Defendant,
Hercules Liftboat Company, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel listed below via the Court's CM/ECF system on this 18th day of May, 2011.

>Charlotte C. McDaniel McGehee
>Charlotte C. McDaniel McGehee APLC
>6513 Perkins Road
>Baton Rouge, Louisiana 70808
>charlotte@mcdanielmcgehee.com
>***Attorney for Plaintiff***

>>s/Kyle A. Ferachi
>>Kyle A. Ferachi