| | | |
|---|---|---|
| SUE BELL, | * | CIVIL ACTION NO. 3:11-cv-00332 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE BRADY |
| | * | |
| HERCULES LIFTBOAT COMPANY, | * | |
| L.L.C. | * | |
| | * | |
| Defendant | * | MAGISTRATE RIEDLINGER |

## OPPOSITION TO DEFENDANT'S MOTION TO COMPEL [121]

MAY IT PLEASE THE COURT:

The Plaintiff has produced responsive documents to Hercules and Hercules has produced little to no relevant information.

**BACKGROUND:**

On March 8, 2012, just days before the 10 depositions of Hercules were scheduled to take place, Hercules filed a motion to compel asking the Ms. Bell pay attorney fees and costs for producing documents to the Defendant.

Defendant alleges that there were over 2000 pages of discovery sent in response to request for production of documents. Defendants allege that the documents were "unlabeled and unorganized."

Plaintiff produced the documents as they existed in her computer files. Also, this complaints are baseless as the Plaintiffs files contained on the disc show the covers of EEOC file folders which were scanned in this matter. The Federal Rules of Civil Procedure state that the production of documents should be in the same manner as kept by the Plaintiff.

Also undersigned labeled every document on the disc to fulfill her end of an agreement to withdraw the Motion to Compel filed by Hercules. The labels are set out below.

LAW AND ARGUMENT:

The 2000 pages of documents consist of the administrative records filed in this matter to the Court and the exhibits already before the Court on Motion to Compel. The disc was created from the computer files as exist exactly the way that they existed in undersigned possession.

Defendant requested thirty three broad, open ended discovery requests to which Plaintiff responded as follows:

REQUEST FOR PRODUCTION NO. 1:

Please produce any and all documents supporting the allegations of Paragraph 10 or the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.2:
Please produce any and all documents supporting the allegations of Paragraph 11 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.3:
Please produce any and all documents supporting the allegations of Paragraph 12 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.4:
Please produce any and all documents supporting the allegations of Paragraph 13 of the
'Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.5:
Please produce any and all documents supporting the allegations of Paragraphs 14 and 15
of the Petition regarding plaintiff's awards and recognition, outstanding positive performance
and the allegation that the "'dry dock flourished and protocols Ms. Bell set in place benefited
Hercules with cost savings and revenue opportunity of substantial amounts."

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.6:
Please produce all documents supporting the allegations of Paragraph 16 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.7:
Please produce all documents supporting the allegations of Paragraph 17 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.8:
Please produce all documents supporting the allegations of Paragraph 18 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.9:
Please produce all documents supporting the allegations of Paragraph 19 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 10:
Please produce any and all documents supporting the allegations of Paragraph 32 of the

Petition that the information regarding plaintiffs medical condition and side effects 'was communicated to the supervisor at Hercules and HR at Hercules was aware of this during Ms.
Bell's employment."

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO.11
Please produce any and all documents supporting the allegations of Paragraph 33 of the Petition that Byron Allemand was aware of the process of plaintiff trying medication, her medical condition and health issues and that she "discussed her concerns with co-workers about her ongoing disability and her concerns for potential termination given the cost of her medical Condition to Hercules as self insured entity."

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 12:
Please produce any and all documents supporting the allegations in Paragraph 34 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 13:
Please produce the note referenced in Paragraph 35 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 14:
Please produce any and a11 documents supporting the allegations of Paragraph 38 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 15:
Please produce any and all documents supporting the allegations .o f Paragraph 39 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 16:
Please produce any and all documents supporting the allegations of Paragraph 40 of the Petition.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 17:
Please produce any and all documents supporting the allegations of Paragraphs 41 and 42 of the Petition relating to all of plaintiff's "problems" with Dana Clark.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 18:
Please produce any and all documents in plaintiffs' possession relating to any oilier litigation in which the plaintiff has been involved as a party Or a witness over the past fifteen (15) years.

ANSWER TO REQUEST FOR PRODUCTION:
The plaintiff objects to the relevance of the requested information. She is not in possession of the documents dating back to 1972. The Bell Family Trust has been produced volumes of records which are available at PACER.

REQUEST FOR PRODUCTION NO. 19:
Please produce any and all documents identified in response to Interrogatory No.6 of Defendants first set of interrogatories.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 20:
Please produce any and al1 electronically stored data and information, e-mails, text messages, attachments to electronic messages or mail, or any other data in plaintiff's possession relating to Hercules' business or plaintiffs job at Hercules.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 21:
Please produce any and all video or audio recordings, electronically stored data and Information, e-mails, text messages. attachments to electronic ' messages or mail, or any other data related to plaintiff's claims for either short term or long term disability benefits from January 1, 2010 to the present.

ANSWER TO REQUEST FOR PRODUCTION:

See attached.

REQUEST FOR PRODUCTION NQ. 22:
Please produce any and all electronically stored data and information, e-mails, text message, attachments to electronic messages or mail, or any other data including paper correspondence relating to plaintiff's communication to Hercules regarding her medical condition from November 2009 through her termination.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 23:
Please produce all medical records, documents, application forms, statements, letters and any other information or documents of any kind submitted by plaintiff to the Social Security Administration regarding her application for SSDI benefits.

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FQR PRODUCTION NO. 24:
Please produce all documents and data, including correspondence, medical records, requests for information and determinations plaintiff received from the Social Security Administration regarding her application for SSDI benefits

ANSWER TO REQUEST FOR PRODUCTION:
See attached.

REQUEST FOR PRODUCTION NO. 25:

Please produce all documents exchanged between plaintiff and Hercules regarding plaintiff's claims for LTD or STD benefits from February 2011 to the present.

ANSWER TO REQUEST FOR PRODUCTION:

        Objection the request is not comprehensible as Hercules is in possession of these documents.

REQUEST FOR PRODUCTION NO. 26:

        Please produce all documents exchanged between plaintiff and CIGNA regarding
plaintiffs' claims for LTD or STD benefits from February 2011 to the present.

ANSWER TO REQUEST FOR PRODUCTION:

Objection the request is not comprehensible as Hercules is in possession of these documents. See Document number [73]-[82] and Document number [62]-[62-23].

REQUEST FOR PRODUCTION NO. 27:

Produce any and all documents relating to any requests for accommodation of plaintiffs alleged disabilities made by plaintiff to Hercules between January 2010 and January 31 , 2011.

ANSWER TO REQUEST FOR PRODUCTION:
Objection the request is not comprehensible as Hercules is in possession of these documents.

REQUEST FOR PRODUCTION NO. 28:

Produce any and all documents regarding plaintiffs inability to perform her job duties between July 2010 and February 1, 2011.

ANSWER TO REQUEST FOR PRODUCTION:

Objection the request is not comprehensible as Hercules is in possession of these documents.

REQUEST FOR PRODUCTION NO. 29:

Please produce any graphs of Dry Dock Completion Days in plaintiff's possession.

ANSWER TO REQUEST FOR PRODUCTION:

See attached.

REQUEST FOR PRODUCTION NO. 30:

Please produce the records in plaintiff's possession ˈrelating to computer software scheduling and east project management on all U.S. Coast Guard Repair and Maintenance Events during plaintiff's employment.

ANSWER TO REQUEST FOR PRODUCTION:

See attached.

REQUEST FOR PRODUCTION NO. 31:

Please produce any e-mails or other documents relating to the Budget Tracker Protocol of entering real time, all vessel costs On U.S. Coast Guard Repair and Maintenance Events in plaintiff's possession.

REQUEST FOR PRODUCTION NO. 32:

Please produce all information concerning plaintiffs employment with Hercules, including all company and business documents in her possession.

ANSWER TO REQUEST FOR PRODUCTION:

See attached.


REQUEST FOR PRODUCTION NO. 33:
Please produce any and al1 diaries, calendars, journals, notes or records of any kind or nature, maintained by plaintiff relating to any alleged or wrongful acts committed against her by Hercules that were collected or created by plaintiff prior to obtaining counsel.

ANSWER TO REQUEST FOR PRODUCTION:

See attached.

Rather than re-produce the pages of information previously provided to the Court

and Defendant via ECF, Plaintiff attached a disk of information.

Defendant requested information and now seeks to have sanctions levied

against the Plaintiff for answering the questions they posed.

The Plaintiff has also spent considerable time now labeling the disc for the

Defendant to alleviate any questions of what is contained on the disc.  The index sent

to Defendant today explains what is on each of the disc folders presented to Hercules

although it was presented in the manner in which it appeared in the files of the

undersigned.  The label index is set out below to explain the disc documents as follows:

24 Exhibit Opp Lina Cross SMJ divided.pdf-
        REQUEST FOR PRODUCTION NO. 17, REQUEST FOR PRODUCTION NO. 27

24 Exhibit OPP LINA Cross SMJ.pdf-
      REQUEST FOR PRODUCTION NO. 17:

62-10 LINA Cross SMJ Admin 8.pdf-
      REQUEST FOR PRODUCTION NO. 16., REQUEST FOR PRODUCTION NO.
      25,  REQUEST FOR PRODUCTION NO. 26

62-11 LINA Cross SMJ Admin 9.pdf
      REQUEST FOR PRODUCTION NO. 1 P. 20-24; .

62-12 LINA Cross SMJ Admin 10.pdf
      REQUEST FOR PRODUCTION NO. 25,  REQUEST FOR PRODUCTION NO.
      26

62-13 LINA Cross SMJ Admin 11.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-14 LINA Cross SMJ Admin 12.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-15 LINA Cross SMJ Admin 13.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-16 LINA Cross SMJ Admin 14.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-17 LINA Cross SMJ Admin 15.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-18 LINA Cross SMJ Admin 16.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-19 LINA Cross SMJ Admin 17.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-20 LINA Cross SMJ Admin 18.pdf-
      REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO.
      26

62-21 LINA Cross SMJ Admin 19.pdf-REQEUST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-22 LINA Cross SMJ Admin 20.pdf-
REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-23 LINA Cross SMJ Admin 21.pdf-
REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-3 LINA Cross SMJ Administrative record 1.pdf-REQEUST FOR PRODUCTION NO. 25, REQUEST FOR PRODUCTION NO. 26

62-4 LINA Cross SMJ Admin 2.pdf-
REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-5 LINA Cross SMJ Admin 3.pdf-
REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-6 LINA Cross SMJ Admin 4.pdf-
REQEUST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-7 LINA Cross SMJ Admin 5.pdf-
REQEUST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-8 LINA Cross SMJ Admin 6.pdf-
REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

62-9 LINA Cross SMJ Admin 7.pdf-REQEUST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26

74- Ex 1-5 Plaintiff Opp to LINA cross SMJ.pdf
Exhibit 1,     letter of ROF from Rynd to Bell-REQUEST FOR PRODUCTION OF DOUCMENTS 32.

Exhibit 2     Rynd Statement to Newspaper-REQUEST FOR PRODUCTION OF DOCUMENTS 32.

Exhibit 3,     list of terminated employees showing only SUE BELL in liftboats-REQUEST FOR PRODUCTION OF DOUCMENTS 32.

Exhibit 4,     showing ROF because of economic reasons -REQUEST FOR PRODUCTION OF DOCUMENTS 32.

Exhibit 5-     lawsuit and filing showing pay increase for executives of Hercules-REQUEST FOR PRODUCTION OF DOCUMENTS 32.

75- Ex 6-8 Plaintiff Opp to LINA cross SMJ.pdf
Exhibit 6 WARN provisions-     REQUEST FOR PRODUCTION OF DOCUMENTS 32.

Exhibit 7 LTD application-  REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO. 26

Exhibit 8-     Medical documentation of disability beginning March 2010-REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO. 26

76- Plaintiff Ex 9-15 Opp LINA SMJ.pdf
Exhibit 9-     Disability approval of SSDI showing onset of November 2009-REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO. 26

Exhibit 10-     e-laws WARN Act REQUEST FOR PRODUCTION NO. 32

Exhibit 11,     e-mail of Agent for Hercules REQUEST FOR PRODUCTION NO. 32

Exhibit 12-     deposition of Sue Bell REQUEST FOR PRODUCTION NO. 32

Exhibit 13-     card to Sue Bell REQUEST FOR PRODUCTION NO. 10

Exhibit 14-     Mary Coffelt Card REQUEST FOR PRODUCTION NO. 13

Exhibit 15-     E-mail showing no review of medical information by STD LINA ee Sumner Wilson REQUEST FOR PRODUCTION NO. 26

77- Ex 16-20 Opp LINA SMJ.pdf
Exhibit 16-     Admission Sue Bell's employer was Hercules Liftboat Company, LLC. REQUEST FOR PRODUCTION NO. 32

Exhibit 17-     Global Human Resource Manual REQUEST FOR PRODUCTION NO. 32

Exhibit 18-     Global acquisition.  REQUEST FOR PRODUCTION NO. 32

Exhibit 19    Corporate disclosure of Hercules Liftboat Company, LLC.
              REQUEST FOR PRODUCTION NO. 32

Exibit 20     Admission of Hercules Offshore, Inc., not a party with Hercules
              Liftboat L.L.C.REQUEST FOR PRODUCTION NO. 32


78 Ex 21-23 Opp LINA SMJ.pdf
    Exhibit 21    STD Between Hercules Offshore, Inc. and LINA REQUEST FOR
                  PRODUCTION NO. 26

    Exhibit 22-   Hercules Offshore claiming it is "Larges worldwide liftboat fleet with
                  65 liftboats."REQUEST FOR PRODUCTION NO. 32

    Exhibit 23    Sick Days of Sue Bell.REQUEST FOR PRODUCTION NO. 10


79 Ex 24-1 Opp LINA SMJ.pdf
    Request for accommodation through discipline of Dana Clark REQUEST FOR
    PRODUCTION NO. 17

80 Ex 24 Opp LINA SMJ.pdf
    Request for accommodation through discipline of Dana Clark REQUEST FOR
    PRODUCTION NO. 17

81 Ex 25-26 Opp LINA SMJ.pdf
    Exhibit 25, affidavit of Sue Bell regarding workday and accommodation
    REQUEST FOR PRODUCTION NO. 10

    Exhibit 26 Bell contributions showing decrease in days at drydock.REQUEST
    FOR PRODUCTION NO. 32


82 Exhibit 27-28 of OPP LINA SMJ.pdf
    Exhibit 27, affidavit of Sue Bell regarding workday and accommodation
    REQUEST FOR PRODUCTION NO.10

    Exhibit 28 Bell contributions showing decrease in days at drydock.REQUEST
    FOR PRODUCTION NUMBER 9.


84 Exhibit 29.1 of Plaintiff Opp to LINA Cross SMJ.pdf-
    REQUEST FOR PRODUCTION NUMBER 26
    Disability Documents provided to CIGNA

85 Exhibit 29-4 to Plaintiff Opp to LINA Cross SMJ.pdf-
   REQUEST FOR PRODUCTION NUMBER 26

86 Exhibit 29.5 Plaintiff Opp to LINA Cross SMJ.pdf-
   REQUEST FOR PRODUCTION NUMBER 26, REQUEST FOR PRODUCTION
   OF DOCUMENTS NUBMER 20 PAGE 2, 3, AND 4.
   OTHER DOCUMENTS SUBMITTED TO LINA NOT INCLUDED IN ORIGINAL
   CLAIM FILE

   bell amend info2012-02-06-112452.pdf

   pg 1    Byron Allemand e-mail Sue no longer with team

   pg 2    theadverstiser.com RYND statements

   pg 3    Allsup letter to SUE BELL REQUEST FOR PRODUCTION NUMBER 26.

   pg 4    Protocals put in place by Sue Bell REQUEST FOR PRODUCTION
           NUMBER 6, REQUEST FOR PRODUCTION NUMBER 7.

   pg 5    Certificate of ULL CE Microsoft Project 2007 REQUEST FOR
           PRODUCTION NO. 32

   pg 6    Certificate of ULL CE Advanced Project Management REQUEST FOR
           PRODUCTION NO. 32

   pg 7    Hercules training HERO REQUEST FOR PRODUCTION NUMBER
           26.REQUEST FOR PRODUCTION NO. 32

   pg 8    Hercules training HERO REQUEST FOR PRODUCTION NUMBER
           26.REQUEST FOR PRODUCTION NO. 32

   pg 9    Fierro Hercules training HERO REQUEST FOR PRODUCTION NUMBER
           26.

   pg 10           Fierro Hercules training HERO Request for Production Number 26.

   pg 11           Fierro Hercules training HERO Request for Production Number 26.

   pg 12           Hercules training HERO Request for Production Number 26.

   pg 13           Hercules training HERO Request for Production Number 26.

   pg 14           Hercules training HERO Request for Production Number 26.

   pg 15           Hercules training HERO Request for Production Number 26.

pg 16                   Hercules training HERO Request  for Production Number 26.

pg 17                   Hercules training HERO Request  for Production Number 26.

pg 18                   Hercules training HERO Request  for Production Number 26.

pg 19                   Hercules training HERO Request  for Production Number 26.

pg 20                   Hercules training HERO Request  for Production Number 26.

pg 21                   Hercules training HERO Request  for Production Number 26.

pg 22                   Hercules training HERO Request  for Production Number 26.

pg 23                   Hercules training HERO Request  for Production Number 26.

pg 24                   Hercules training HERO Request  for Production Number 26.

pg 25                   theadverstiser.com RYND statements REQUEST FOR PRODUCTION NUMBER 32

pg 26                   theadverstiser.com lay off of 55 people statements REQUEST FOR PRODUCTION NO. 32

pg 27                   Wester District of Louisiana WARN act case REQUEST FOR PRODUCTION NO. 32

pg 28                   Sue Bell Corporate Experience Pamphlet Consultants On Line, Inc. REQUEST FOR PRODUCTION NO. 32

pg 29                   Rynd Letter of Termination to Sue Bell REQUEST FOR PRODUCTION NO. 32

pg 30-37              Severance package information REQUEST FOR PRODUCTION NUMBER 32.

pg 38                   Sue Bell Significant Contributions REQUEST FOR PRODUCTION NUMBER 1, REQUEST FOR PRODUCTION NUMBER 5.

pg 39                   Sue Bell Significant Contributions REQUEST FOR PRODUCTION NUMBER 1, REQUEST FOR PRODUCTION NUMBER 5.

pg 40                   Renee Pitre graph Sue Bell Significant Contributions REQUEST FOR PRODUCTION NUMBER 1, REQUEST FOR PRODUCTION NUMBER 5.

| pg 41 | Organization Chart REQUEST FOR PRODUCTION NUMBER 32. |
|---|---|
| pg 42 | Sue Bell Bonus and Stock Awards REQUEST FOR PRODUCTION NUMBER 2, REQUEST FOR PRODUCTION NUMBER 3, REQUEST FOR PRODUCTION NUMBER 4 AND, REQUEST FOR PRODUCTION NUMBER 5. |
| PG 43 | Sue Bell Bonus and Stock Awards REQUEST FOR PRODUCTION NUMBER 4 AND, REQUEST FOR PRODUCTION NUMBER 5. |
| pg 44 | Sue Bell Bonus and Stock Awards REQUEST FOR PRODUCTION NUMBER 3 AND, REQUEST FOR PRODUCTION NUMBER 5. |
| pg 45 | Sue Bell Bonus and Stock Awards REQUEST FOR PRODUCTION NUMBER 2 AND, REQUEST FOR PRODUCTION NUMBER 5. |

bell amend info2012-02-06-112730.pdf

| pg 1 | Hercules training HERO Request for Production Number 26. |
|---|---|
| Pg 2-4 | Hercules training HERO Request for Production Number 26 and REQUEST FOR PRODUCTION OF DOCUMENTS 32. |
| Pg 5-7 | Hero Bonus 2010 completion. REQUEST FOR PRODUCTION NUMBER 5, REQUEST FOR PRODUCTION OF DOCUMENTS 32. |
| pg 8 | RYND 2010 letter on company success 2009- REQUEST FOR PRODUCTION OF DOCUMENTS 33. |
| pg 9-10 | K8 of HERCULES announcing 10 million investment for Hercules REQUEST FOR PRODUCTION OF DOCUMENTS 32 |
| Pg 11-12 | COBRA ELECTION FORM letter from Hercules to Bell REQUEST FOR PRODUCTION NUMBER 32. |
| pg 13 | Reimburse Agreement Letter for STD, LTD-REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26 |
| pg 14 | LTD form- REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26 |
| pg 15 | Tomoxifen side affects- REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26 |
| pg 16 | Disclosure Authorization- REQUEST FOR PRODUCTION NO. 25 , REQUEST FOR PRODUCTION NO. 26, REQUEST FOR |

PRODUCTION 32

pg 17      LTD events letter from SUE Bell REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO. 26

Pg 18-20      STD form REQEUST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO. 26

pg 21-23      Hercules Job Description, REQUEST FOR PRODUCTION NO. 32

PG 24-31      Sue Bell EEOC Documents, REQUEST FOR PRODUCTION NO. 32

bell amend info2012-02-06-112946.pdf

Pg 1-15      sue Bell EEOC Documents, REQUEST FOR PRODUCTION NO. 32.

Pg 16-32      LINA Policy LDT Policy Provision- REQUEST FOR PRODUCTION NUMBER 26.

Pg 33      Dr. Blanchette Cover Medical Record- REQUEST FOR PRODUCTION NO. 26.

bell amend info2012-02-06-113454.pdf

pg 1-9      LTD and STD e-mail from Eric Re SUE Bell REQUEST FOR PRODUCTION NO. 25 ,  REQUEST FOR PRODUCTION NO. 26.

pg 10-25      DANA CLARK ISSUES- REQUEST FOR PRODUCTION OF DOCUMENTS NO. 17.

Bell amend info2012-02-06-113839.pdf

pg 1-15      Dana Clark Issues- REQUEST FOR PRODUCTION OF DOCUMENTS 17

Pg 4      e-mail Bell to Coffelt- REQUEST FOR PRODUCTION OF DOCUMENTS 13

Pg 5-6      request for Accommodation- REQUEST FOR PRODUCTION NUMBER 27.

bell ex 1-5 Opp SMJ.pdf

Pg 1-10      severance Package- REQUEST FOR PRODUCTION NUMBER 32

| Pg 11 | STD plan continuation- REQUEST FRO PRODUCTION NUMBER 26 |
|---|---|
| pg 13 | John Rynd Statements Advertiser REQUEST FOR PRODUCTION NUMBER 32 |
| Pg 15-17 | persons terminated with SUE BELL REQUEST FOR PRODUCTION 32 |
| pg 19 | Declaration of Mary Coffelt- REQUEST FOR PRODUCTION NUMBER 32 |
| pg 22-24 | Hercules Shareholder suit partial- REQUEST FOR PRODUCTION NUMBER 32 |
| pg 24-26 | Hercules SEC filings- REQUEST FOR PRODUCTION NUMBER 32 |

bell ex 16-20 Opp to LINA Cross SMJ.pdf

| pg 1 | Interrogatory admissions employer - REQUEST FOR PRODUCTION NUMBER 32 |
|---|---|
| pg 3-6 | Global Human Resource Manuel- REQUEST FOR PRODUCTION NUMBER 32. |
| PG 8 | ACQUISITION OF GLOBAL announcement- REQUEST FOR PRODUCTION NO. 32. |
| pg 10 | Corporate Disclosure statement- REQUEST FOR PRODUCTION NO. 32. |
| pg 13 | Hercules Offshore not a party admission- - REQUEST FOR PRODUCTION NO. 32. |

bell ex 21-23 Opp to LINA Cross SMJ.pdf

| Pg 2 | LINA agreement on STD- REQUEST FOR PRODUCTION NUMBER 25. |
|---|---|
| PG 4-7 | Hercules web pages -- REQUEST FOR PRODUCTION NO. 32. |
| PG 9-19 | Sue bell vacation and sick time after cancer- REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 10. |

bell ex 24 Lina OPP to SMJ.pdf

| Pg 1-22 | Dana Clark File- REQUEST FOR PRODUCTION NUMBER 17, REQUEST FOR PRODUCTION NUMBER 12. |
|---|---|

pg 23-24    Rachel Gautreax File REQUEST FOR PRODUCTION NUMBER
            12.

PG 25-26    Allemand Self Evaluation FORM FOR SUE BELL- REQUEST FOR
            PRODUCTION OF DOCUMENTS NO. 8.

pg 27-40    Dana Clark Issues REQUEST FOR PRODUCTION NUMBER 17,
            REQUEST FOR PRODUCTION NUMBER 31 AT PAGE 33,
            REQUEST FOR PRODUCTION NUMBER 7 AT PG 33.

bell ex 6-8 Opp SMJ).pdf
pg 1-6      WARN act laws REQUEST FOR PRODUCTION NUMBER 32.

pg 7-26     LTD AND Medical Records REQUEST FOR PRODUCTION
            NUMBER 26.

bell ex 9-15 Opp SMJ.pdf
PG 1-3      SSDI letter- REQUEST FOR PRODUCTION NUMBER 24.

pg 4-7      e-LAWS mass layoff information -REQUEST FOR PRODUCTION
            NUMBER 32.

pg 8-20     E-MAILS regarding Sue Bell STD and LTD to Hercules REQUEST
            FOR PRODUCTION NUMBER 25.

Pg 21-23    Sue Bell Deposition REQUEST FOR PRODUCTION NUMBER 32,
            REQUEST FOR PRODUCTION NUMBER 22.

PG 25-28    Card to Sue Bell REQUEST FOR PRODUCTION NO. REQUEST
            FOR PRODUCTION NUMBER 12,  REQUEST FOR
            PRODUCTION NUMBER 13, REQUEST FOR PRODUCTION
            NUMBER 16, REQUEST FOR PRODUCTION NUMBER 32.

pg 30       Card from Coffelt to Sue Bell, REQUEST FOR PRODUCTION
            NUMBER 13, REQUEST FOR PRODUCTION NUMBER 16,
            REQUEST FOR PRODUCTION NUMBER 32

Pg 32       Appeal referral e-mail, REQUEST FOR PRODUCTION NO. 26.

bell info supplemental request for production.pdf
Pg 1        E-mail Sue Bell no longer with Team REQUEST FOR
            PRODUCTION NUMBER 32.

Pg 2        The adversiser.com REQUEST FOR PRODUCTION NUMBER 32.

Pg 3    Allsup Letter REQUEST FOR PRODUCTION 26.

Pg 4-15   Dana Clark issues REQUEST FOR PRODUCTION NUMBER 17.

Pg 16    Renee Pitre Graph- REQUEST FOR PRODUCTION 1, REQUEST FOR PRODUCTION NUMBER 5, REQUEST FOR PRODUCTION NUMBER 8

Pg 17-20   Sue Bell Unpaid Wage File REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 32.

Pg 24    Memorandum to Mary Coffelt Difficulty in preforming my job REQUEST FOR PRODUCTION NUMBER 10.

Pg 25    Memorandum of Sue Bell protocols REQUEST FOR PRODUCTION NO. 6.

Pg 26    Defamation term Dana Clark issues REQUEST FOR PRODUCTION NO. 17

Pg 27    Dana Clark issues REQUEST FOR PRODUCTION NO. 17

Pg 28    Protocols and Dana Clark issues REQUEST FOR PRODUCTION NO. 6, REQUEST FOR PRODUCTION NUMBER 17.

Pg 29    e-mail to Mary re Dana Clark issues REQUEST FOR PRODUCTION NO. 17

Pg 30-39   Dana Clark issues REQUEST FOR PRODUCTION NO. 17

Pg 40    e-mail from Sue to Rachel changes Dana Clark issues REQUEST FOR PRODUCTION NO. 17

Pg 41    memorandum regarding change Dana Clark issues REQUEST FOR PRODUCTION NO. 17

Pg 42-47   continuing Ed certificates REQUEST FOR PRODUCTION NO. 32.


Bell info supplemental 4.pdf

Pg 1    E-mail from Sue to Renee showing Louis Vaincor protocol REQUEST FOR PRODUCTION NO. 6

Pg 2-38   protocol electronic information REQUEST FOR PRODUCTION NO. 6

bell info supplmental 3.pdf
Pg 1-28    protocol electronic information REQUEST FOR PRODUCTION NO.
           6

bell infosupplemental .pdf
Pg 1-14    continuing Ed certificates REQUEST FOR PRODUCTION NO. 32.

Pg 15-21   Letter to John Rynd re termination of Sue Bell REQUEST FOR
           PRODUCTION NO. 32.

Pg 23-30   Severance Pay information of Sue Bell REQUEST FOR
           PRODUCTION NO. 32.

Pg 31      Bell Significant Contributions Hercules REQUEST FOR
           PRODUCTION NO. 5.

Pg 32      2004-2010 COMPARISON REQUEST FOR PRODUCTION NO. 5.

Pg 33      Renee Pitre Graph REQUEST FOR PRODUCTION NO. 1,
           REQUEST FOR PRODUCTION NO. 5.

Pg 34      Organizational chart Sue Bell REQUEST FOR PRODUCTION NO
           32.

Pg 35      bonus and stock information REQUEST FOR PRODUCTION NO
           32.

Pg 36-37   bonus and stock information REQUEST FOR PRODUCTION NO
           32.

Pg 38      SUE BELL CONSULTING ON LINE REQUEST FOR
           PRODUCTION NO 32.

Pg 39-40   Sue Bell Resume REQUEST FOR PRODUCTION NO 32.

Pg 41-42   Letter of reference REQUEST FOR PRODUCTION NO. 32.

Bell supplemental info 5.pdf
Pg 1 DRY DOCK MEMO PROTOCOLS REQUEST FOR PRODUCTION NO. 5

Bell Supplemental info 7.pdf
Pg 1-3     Job Description Estimator/Cost Controller REQUEST FOR
           PRODUCTION NO 32

Pg 4-14    EEOC Documents REQUEST FOR PRODUCTION NO 32

Pg 15-20        Letters of Recommendation of Sue Bell. REQUEST FOR PRODUCTION NO 32

Pg 21-           2008 Hero Bonus REQUEST FOR PRODUCTION NO 1 REQUEST FOR PRODUCTION NO 2.

Pg 22- 25       Hercules Leadership Training REQUEST FOR PRODUCTION NO 1 REQUEST FOR PRODUCTION NO 2.

Pg 26-29        HERO Goals met REQUEST FOR PRODUCTION NO 1 REQUEST FOR PRODUCTION NO 2.

Pg 30-31        Hercules to invest 10 Million on Discovery REQUEST FOR PRODUCTION NO 32.

Pg 32-33        Cobra Election form of Sue Bell. REQUEST FOR PRODUCTION NO 32 REQUEST FOR PRODUCTION NO 26-27.

Pg 34            LTD application REQUEST FOR PRODUCTION NO 32REQUEST FOR PRODUCTION NO 27.

Pg 35            Drugs.com Tamoxifen REQUEST FOR PRODUCTION NUMBER 32.

Pg 36            Cigna Medical Auth. REQUEST FOR PRODUCTION NO 26.

Pg 37            Sue Bell LTD narrative REQUEST FOR PRODUCTION NO 26

Pg 38-40        Sue Bell STD application REQUEST FOR PRODUCTION NO 26

Bell supplementalin information 9.pdf
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Bell Supplementation informaiton 10.pdf
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Bell Supplementation information 14.pdf
HERO Training 2008 REQUEST FOR PRODUCTION 5, REQUEST FOR PRODUCTION 32, REQUEST FOR PRODUCTION NUMBER 20

Bell supplemntal information8.pdf-

Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Bell supplmenation info 6.pdf

| | |
|---|---|
| Pg 1-24 | EEOC claim File  REQUEST FOR PRODUCTION NUMBER 32. |
| Pg 25-41 | LINA Policys of Insurance REQUEST FOR PRODUCTION NUMBER 26, REQUEST FOR PRODUCTION NUMBER 32. |

Ex 32-37-1 Plaintiff Reply to Opp SMJ Hercules.pdf

| | |
|---|---|
| Pg 1-2 | Sue Bell Consultants On Line Pamphlet.REQUEST FOR PRODUCTION NUMBER 32. |
| Pg 3 | Sue Bell registration with Secretary of State REQUEST FOR PRODUCTION NUMBER 32. |
| Pg 4-5 | Sue Bell Personal Action form increase in pay August 3, 2007 to $50,000.00 to 65,000.00 Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2. |
| Pg 7-8 | Hercules Stop Options and Cash Bonus 2008-2009 HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2. |
| Pg 9 | Renee Pitre Graph- Hercules1-31-2008 -REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2. |
| Pg 10 | Renee Pitre Graph 10-31-10 REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2. |

ex smj r m eeport 50-53 .pdf

| | |
|---|---|
| Pg 1-27 | Bonus Report 2010 Byron Allemand Assigned Goals and Supporting Documents showing goals met. REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2 |

Ex smj rm report 37-49.pdf

| | |
|---|---|
| Pg 1-2 | Renee Pitre Graphs REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2 |
| Pg 3-5 | Job Description of Sue Bell REQUEST FOR PRODUCTION NUMBER 32 |

Pg 6          Hercules Offshore Organization Chart REQUEST FOR
              PRODUCTION NUMBER 32

Pg 7          Dry Dock Memorandum Prop Analysis -PROTOCALS REQUEST
              FOR PRODUCTION NUMBER 2.

Pg 8-13       Minutes Project Managment Meeting- Real Time reporting,
              Protocals REQUEST FOR PRODUCTION NUMBER 2.

Pg 14         Dry Doc Memo Protocols REQUEST FOR PRODUCTION NO. 2.

Pg 15-17      Pictures of Sue Bell Office- REQUEST FOR PRODUCTION NO.
              32.

Pg 18         Sue Bell HERO Bonus Goals Byron Allemand- REQUEST FOR
              PRODUCTION NO 2.

ex smj rm report 662012-02-03-141847.pdf
Pg 1-7        e-mail from Byron Allemand to Sue Bell regarding reports of real
              time estimates made on vessels REQUEST FOR PRODUCTION
              32, REQUEST FOR PRODUCTION 2

Pg 8-13       e-mail regarding budget for pulling legs and budget for the 2011
              year .  REQUEST FOR PRODUCTION NUMBER 32


ex smj rm repot 61-62.pdf
Pg 1-3        Dry Dock days e-mail reporting to Reed and Renee 2008.
              REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR
              PRODUCTION NUMBER 2

Pg 4-5        Competition Protocal REQUEST FOR PRODUCTION NUMBER
              32, REQUEST FOR PRODUCTION NUMBER 2

Pg 7-10       Real time e-mails REQUEST FOR PRODUCTION NUMBER 32,
              REQUEST FOR PRODUCTION NUMBER 2

Pg 7-10       Real time e-mails REQUEST FOR PRODUCTION NUMBER 32,
              REQUEST FOR PRODUCTION NUMBER

Pg 11-40      Dry Dock Memorandum Protocols REQUEST FOR PRODUCTION
              NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2


ex smj rm repot 612012-02-03-140031.pdf

Pg 1-10      Protocols REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2

Pg 11-44      Dry Dock Memorandum Protocols REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 2

ex smj rm rsport 63-68.pdf

Pg 1-2      e-mails regarding Oracle Coding REQUEST FOR PRODUCTION NUMBER 32

Pg 3-7      E-mail regarding lead time and protocols of Sue Bell -REQUEST FOR PRODUCTION NUMBER 32.

Pg 8-      Training Request Form REQUEST FOR PRODCUTION NO. 32

Pg 9-14      Competitive Bidding REQUEST FOR PRODUCTION NO. 2, REQUEST FOR PRODUCTION NO. 32.

Pg 5      e-mail regard DeWardt protocols REQUEST FOR PRODUCTION 32.

Pg 6      Declaration of Mary Cofeld REQUEST FOR PRODUCTION 32.

imageex smj r m report 55-60 .pdf

Pg 1-2      Protocols of Sue Bell REQUEST FOR PRODUCTION NUMBER 32.

Pg 3      Authorization for Expenditure Pike REQUEST FOR PRODUCTION NO. 32.

Pg 4-7      Lead Time expenditures started in 2007 Sue Bell Protocol REQUEST FOR PRODUCTION NO. 2, REQUEST FOR PRODUCTION NO 32.

Pg 8      Training Request Form Sue Bell HERO II training 2010 REQUEST FOR PRODUCTION NO. 32

Sue Bell supplemental information 12.pdf-
HERO Training 2008 REQUEST FOR PRODUCTION 5, REQUEST FOR PRODUCTION 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplemental information 13.pdf-
HERO Training 2008 REQUEST FOR PRODUCTION 5, REQUEST FOR PRODUCTION 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplemental information 2.pdf-
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplemental Information 3.pdf-
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell supplemental information 4.pdf-
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell supplemental information 5.pdf-
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplemental information 6.pdf-
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplemental information 7.pdf-
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplemental information 8.pdf-
Character First HERO REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplemental information.pdf -
REQUEST FOR PRODUCTION NUMBER 7, REQUEST FOR PRODUCTION NUMBER 31, REQUEST FOR PRODUCTION NUMBER 32, REQUEST FOR PRODUCTION NUMBER 20

Sue Bell Supplementalin information 11.pdf
HERO Training AND BUSINESS RECORDS OF HERCULES REQUEST FOR PRODUCTION 5, REQUEST FOR PRODUCTION 32, REQUEST FOR PRODUCTION NUMBER 20

Defendant asserted that it would withdraw the Motion to Compel if Counsel provided the index.  Undersigned as spent considerable time in indexing all of the files to have the motion to compel withdrawn.

As can be ascertained from the documents, Ms. Bell has requested documents

in order to prepare for litigation wherein Hercules has denied ALL of the allegations. Ms. Bell continues to have NO DOCUMENTS provided. Ms. Bell has spent numerous hours on discovery matters with Defendant to give all of the relevant information Ms. Bell has in her possession to Defendant in an order that Defendant can understand the documents presented. At her deposition she signed a release for Social Security information and has provided opposing counsel with SSDI application. Thus, she has fully cooperated with discovery.

CONCLUSION

Thus, the motion to compel should be withdrawn. If the motion is not withdrawn, it should be DENIED as the records were produced as they appeared in undersigned's files.

Respectfully submitted:
s/Charlotte C. McDaniel McGehee
Charlotte McDaniel McGehee(26411)
Charlotte C. McDaniel McGehee APLC
6513 Perkins Road
Baton Rouge, LA 70808
Telephone(225)389-6711
Fax (225)372-2607
Charlotte@mcdanielmcgehee.com

CERTIFICATE OF SERVICE

I hereby certify that on the March 27, 2012, a copy of the Foregoing pleading- *Opposition to Defendant Hercules Motion to Compel* was sent to Defendant by electronic means and via Mail to no one.

s/ Charlotte C. McDaniel McGehee
Charlotte McDaniel McGehee (26411)

STEPHEN P. BEISER, T.A. (#14074)
McGLINCHEY STAFFORD PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200

Facsimile: (504) 324-0965
AND
Kyle A. Ferachi (#27458)
McGLINCHEY STAFFORD PLLC
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
Stephen Paul Beiser
sbeiser@mcglinchey.com,bverdin@mcglinchey.com
Kyle A. Ferachi
kferachi@mcglinchey.com,skaram@mcglinchey.com,awalker@mcglinchey.com

Daniel P. Guillory
DGuillory@bakerdonelson.com,sbuckhalter@bakerdonelson.com

Charlotte McDaniel McGehee
charlotte@mcdanielmcgehee.com,office@mcdanielmcgehee.com,ccmlalaw@yahoo.com

Christopher G. Morris
cmorris@bakerdonelson.com,sbuckhalter@bakerdonelson.com