# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

SUE BELL,                                    *        CIVIL ACTION NO. 3:11-cv-00332
                                             *
Plaintiff,                                   *
                                             *
VERSUS                                       *        JUDGE BRADY
                                             *
HERCULES LIFTBOAT COMPANY,                   *
L.L.C.                                       *
                                             *
Defendant                                    *        MAGISTRATE RIEDLINGER

## NOTICE OF APPEAL
## TO FIFTH CIRCUIT COURT OF APPEAL

NOW INTO COURT through undersigned counsel comes the Plaintiff who

respectfully hereby gives notice of appeal to the United States Court of Appeals for the

Fifth Circuit pursuant to *Ruling on Defendant's Motion for Summary Judgment [R.186]*

The judgment from which this appeal is taken disposed of all issues in this

action.  There is no transcript of a hearing.

This appeal is taken by all plaintiffs.

The parties to the judgment, orders or decrees appealed from and the names of

and addresses of their respective attorneys are as follows:


HERCULES LIFTBOAT COMPANY, L.L.C.
Through counsel of record
Stephen Beiser
Susanne Veters
601 Poydras St Fl 12
New Orleans , LA 70130
Telephone: (504) 596-2756
Fax: (504) 324-0965

1

McGlinchey Stafford, PLLC


May this notice of appeal be deemed proper in the premises.

Respectfully submitted:
s/ Charlotte C. McDaniel McGehee (26411)
Charlotte C. McDaniel McGehee, APLC
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: 225-389-6711
Facsimile: 225-372-2607

CERTIFICATE

I hereby certify that on August 10, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel named below by operation of the court's electronic filing system.


s/ Charlotte C. McDaniel McGehee (26411)
Charlotte C. McDaniel McGehee, APLC
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: 225-389-6711
Facsimile: 225-372-2607

2