UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SUE BELL

VERSUS

HERCULES LIFTBOAT COMPANY, L.L.C.,
ET AL.

CIVIL ACTION

NO. 11-332-JJB

## JUDGMENT

For written reasons assigned:

It is hereby ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants and against plaintiff.

Signed in Baton Rouge, Louisiana, on August 13, 2012.

_____
JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA